

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-22-00095-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:       Irene Rios, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

On February 16, 2022, relator the Texas Department of Family and Protective Services filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court on or before **March 17, 2022**. Any such response must conform to rule 52.4 of the Texas Rules of Appellate Procedure. *See id.* 52.4.

It is so **ORDERED** on March 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2015-PA-07157, styled *In re K.N.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.